# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DONGGUAN QUNAN TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> UC GLOBAL TRADE INC., <br><br> Defendant. <br><br> UC GLOBAL TRADE INC., <br><br> Third-Party Plaintiff. <br><br> vs. <br><br> JUDE TECH aka SHENZHENSHIJUDEKEJIYOUXIAN GONGSI, <br><br> Third-Party Defendant. | Case No. 5:25-cv-00607-KK-DTB <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL** |

Having considered the STIPULATION OF DISMISSAL, and good cause appearing, IT IS HEREBY ORDERED:

1  All Claims of Plaintiff Dongguan Qunan Technology Co., Ltd. ("Qunan") are dismissed with prejudice

All Claims of Defendant and Third-Party Plaintiff UC Global Trade Inc. ("UC Global") are dismissed with prejudice.

Each party to bear its own attorneys' fees and costs.

The Clerk of Court is directed to CLOSE this case and DENY AS MOOT any pending motions.

IT IS SO ORDERED.

Dated: January 5, 2026

_____
Hon. Kenly Kiya Kato
United States District Judge